

# Case Assignment
# Standard Criminal Assignment

Case number **3:21CR-90-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 8/3/2021 12:39:28 PM
Transaction ID: 58866

Request New Judge     Return