UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
AUG -3 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                                                    No. 3:21CR-90 DJH

NATHAN A. BERGSTROM                                                     DEFENDANT

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Joshua Judd hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

_____
Joshua Judd
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911