**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION No. 3:21CR-90-DJH**
**UNITED STATES OF AMERICA,**                                                       **PLAINTIFF,**

**vs.**

**NATHAN BERGSTROM,**                                                            **DEFENDANT.**

**NOTICE OF SUBSTITUTION OF COUNSEL**

Comes the Office of the Federal Defender for the Western District of Kentucky, assigned counsel herein, and gives notice to the Court that Assistant Federal Defender Laura R. Wyrosdick has been substituted as counsel of record for defendant in the above-styled action.

Assistant Federal Defender Patrick Bouldin should be removed from PACER as counsel of record, and the Clerk is hereby requested to terminate any further electronic notices to said attorney regarding this action.

/s/ Laura R. Wyrosdick
Assistant Federal Defender
629 Fourth Street
Suite 200
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

## CERTIFICATE

I hereby certify that on September 1, 2021 , the foregoing notice was sent by electronic transmission through the Court's ECF system to the United States. I also certify that on September 1, 2021, a copy of this motion was served on the defendant by mailing same to Mr. Bergstrom.

                                               s/ Laura R. Wyrosdick

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808