UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v.  Criminal Action No. 3:21-cr-90-DJH

NATHAN A. BERGSTROM, Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on September 14, 2021, with the following counsel participating:

    For the United States:    Joshua Judd

    For Defendant:    Laura Wyrosdick

The Court and counsel discussed the procedural posture of the case. The United States reported that discovery is complete. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) By agreement of the parties, this matter is set for a status conference on **October 4, 2021, at 11:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. The parties shall advise the Court in advance if they wish to convert the status conference to a change-of-plea hearing. If the parties anticipate that the case will proceed to trial, counsel shall confer in advance of the October 4 conference regarding a potential trial schedule.

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from September 14, 2021, to October 4, 2021, is excludable in computing the time within which the trial must commence under the**

**Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

September 14, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg