# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
### (Filed Electronically)

CRIMINAL ACTION NO. 3:21CR-90-DJH
UNITED STATES OF AMERICA,                                                    PLAINTIFF,

v.

NATHAN BERGSTROM,                                                            DEFENDANT.

## UNOPPOSED MOTION TO CONTINUE TRIAL

Comes the defendant, by counsel, and moves this Honorable Court to continue the trial herein currently scheduled for October 25, 2021. As grounds for said motion, the undersigned states that she was unable to meet with her client on 9/29/2021 as he was in quarantine at Grayson County Detention Center. She was able to meet with him briefly by video on 9/30/2021, but was not able to complete a discovery review with him or finish discussion regarding his decision to have a trial or resolve his case. Therefore, additional time is necessary for the parties to review discovery and to investigate and prepare the case.

Defense counsel has been authorized by counsel for the United States to represent to the Court that it has no objection to the granting of this motion.

/s/ Laura R. Wyrosdick
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**CERTIFICATE**

    I hereby certify that on October 1, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record, Mr. Josh Judd.

                                            /s/ Laura R. Wyrosdick

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808