UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:21-cr-90-DJH

NATHAN A. BERGSTROM, Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A status conference was held in this matter on October 14, 2021, with the following counsel participating:

For the United States:  Joshua Judd

For Defendant:  Laura Wyrosdick

The defendant was present. The Court and counsel discussed the procedural posture of the case. Based on the discussion during the conference, and without objection, it is hereby

**ORDERED** as follows:

(1) This matter is set for trial by jury on **January 4, 2022, at 9:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. Pretrial deadlines and a final pretrial conference will be set by subsequent order.

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from October 1, 2021, to January 4, 2022, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation,

taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

October 14, 2021

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: April Dowell

cc: Jury Administrator