UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,   Plaintiff,

v.   Criminal Action No. 3:21-cr-90-DJH

NATHAN A. BERGSTROM,   Defendant.

\* \* \* \* \*

### ORDER

This matter is set for sentencing on March 14, 2022. (Docket No. 27) Pursuant to the Court's Order Following Entry of Guilty Plea, each party was to file a sentencing memorandum at least ten days prior to the sentencing hearing. (*Id.*, PageID # 65) Notwithstanding that order and significant outstanding issues including the parties' C plea agreement and the defendant's relevant conduct, the United States has not filed a sentencing memorandum. Accordingly, it is hereby

**ORDERED** as follows:

(1)   The sentencing hearing set for March 14, 2022, is **REMANDED** from the Court's docket and **RESET** for **March 24, 2022, at 10:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)   No later than **March 21, 2022**, the United States shall file a sentencing memorandum addressing the outstanding issues.

March 8, 2022

David J. Hale, Judge
United States District Court

1