UNITED STATES DISRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.

                                          CRIMINAL ACTION NO. 3:21CR00090-1

**NATHAN A. BERGSTROM**                                         DEFENDANT

SENTENCING MEMORANDUM

The United States files this sentencing memorandum for defendant Nathan A.

Bergstrom's sentencing date of March 24, 2022.

FACTS

The United States agrees with the facts included in the presentence investigation report

("PSR"). DN 30.

GUIDELINES

According to the PSR, the defendant is an offense level 12 and criminal history category

II resulting in a guideline range of 12 to 18 months in Zone C.   Zone C would require the

minimum term of imprisonment to be satisfied by (1) a sentence of imprisonment; or (2) a

sentence of imprisonment that includes a term of supervised release with a condition that

substitutes community confinement or home detention . . . provided that at least one-half of the

minimum term is satisfied by imprisonment.

The plea agreement pursuant to Fed. R. Crim. P.  11(c)(1)(C) recommended a sentence of

time served with a non-binding recommendation of no TSR to follow.  The base offense in the

plea agreement was calculated at a level 12 with a total offense level of 10.  At the time of the

plea agreement, the United States and the defendant did not anticipate criminal history points

being applied to the defendant. In addition, the parties applied an incorrect base offense level. Therefore, it was believed his guideline range was 6 to 12 months in Zone B. Therefore, at the time of his plea it was believed Bergstrom would have been in custody since at least March 13, 2021.

The United States agrees that the PSR is calculated correctly. Bergstrom was arrested by the FBI on March 13, 2021. He was extradited back to Arizona on state firearms charges. The United States field a criminal complaint and lodged a detainer on him on May 12, 2021. He was transferred to federal custody on July 28, 2021. He was indicted August 3, 2021.

Based upon his arrest date of March 13, 2021, and his continuous custody since that time, the defendant will have been in custody for a period of over 12 months. Therefore, he should be sentenced time served with or without TSR to follow depending on the Court's decision as to its applicability.

<u>18 U.S.C. 3553(a) FACTORS</u>

Bergstrom took steps to flee from his charges in Arizona that he ultimately resolved as a misdemeanor. He traveled under false name and had another person purchase travel for him under that name. He was arrested on the Arizona fugitive warrant in Louisville on March 13, 2021. Had he not possessed a firearm at the time, there would have been no federal charge in Kentucky. He had no criminal history until the AZ case was resolved. Bergstrom upon pleading guilty to the federal charge became a convicted felon and thus a prohibited person under 18 U.S.C. 922(g). A period of 12 months custody plus his status as a convicted felon with restrictions on firearms possession are strong penalties for his conduct underlying the federal offense. Therefore, the United States respectfully requests the court to accept the plea agreement and sentence the defendant to time served with or without TSR.

/s/Joshua Judd
Joshua Judd
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-5911


**<u>Certificate of Service</u>**


I hereby certify that a copy of the foregoing has been served upon all parties by electronic

filing on March 18, 2022.


/s/ Joshua Judd
Joshua Judd

3