UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                        CRIMINAL ACTION NO.   3:21CR-90-DJH
                                                                       *Electronically Filed*

NATHAN A. BERGSTROM                                                        DEFENDANT

<u>NOTICE OF FILING</u>

The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby files the attached Declaration of Publication and Advertisement Certification Report in the above case.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097 (fax)
<u>Amy.Sullivan@usdoj.gov</u>